ACCEPTED
06-17-00107-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/3/2018 2:03 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-17-00107-CV

IN THE COURT OF APPEALS FOR THE
SIXTH JUDICIAL DISTRICT
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/3/2018 2:03:10 PM
DEBBIE AUTREY
Clerk

**BANTA OILFIELD SERVICES, INC.,**

Appellant

**v.**

**MEWBOURNE OIL COMPANY,**

Appellee

*On Appeal from the 114th Judicial District Court, Smith County, Cause No. 16-0719-C/B; The Honorable Christi Kennedy Presiding*

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**J.J. KNAUFF**
**State Bar No.:  24032517**
**jknauff@tmlfpc.com**

THE MILLER LAW FIRM
Turtle Creek Centre
3811 Turtle Creek Blvd.
Suite 1950
Dallas, Texas 75219
(469) 916-2552 (Telephone)
(469) 916-2555 (Facsimile)

**ATTORNEYS FOR APPELLEE**
**MEWBOURNE OIL COMPANY**

**APPELLEE MEWBOURNE OIL COMPANY'S SECOND**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

**COMES NOW,** MEWBOURNE OIL COMPANY ("Appellee"), and, pursuant to rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, files this Second Motion for Extension of Time to File Brief of Appellee and respectfully represents as follows:

**I.**

1.      Judge Christi Kennedy presiding over the 114th District Court of Smith County, Texas signed an Order granting Mewbourne Oil Company's Motion for Summary Judgment on August 19, 2017.  Appellant filed a notice of appeal on October 25, 2017.

2.      The clerk's record was filed on September 27, 2017, and a supplemental clerk's record was filed on November 8, 2017.  The reporter's record was filed on November 17, 2017.  Appellant's brief was due to be filed on December 18, 2017.  On or about December 15, 2017, Appellant filed an Unopposed Motion for Extension of Time to File Brief requesting a thirty (30) day extension of time to file its brief.  This motion was granted, and Appellant's brief was due to be filed on January 17, 2018.  On or about January 15, 2018, Appellant filed its Unopposed Second Motion for Extension of Time to File Brief, which extended the deadline to February 7, 2018.

Appellee's brief was due March 9, 2018 and it filed its Unopposed Motion for Extension of Time to File Brief, which extended the deadline to April 9, 2018.

3.      Appellee now files its Unopposed Second Motion for Extension of Time to File Brief seeking an additional thirty (30) days to file its brief.  *See* TEX. R. APP. P. 10.1; TEX. R. APP. P. 10.5(b).

4.      Counsel for Appellant, Jacqueline M. Stroh, does not oppose the requested extension of thirty (30) days.

5.      This is Appellee's second request for an extension for filing of its brief. The basis for the extension request concerns the intervening Spring Break holiday, the trial preparation duties of lead appellate counsel, and the work schedule of lead appellate counsel.  Appellee's counsel, J.J. Knauff, had the following scheduling conflicts, which precluded him from giving his undivided attention to research, record review, and drafting of the brief:

> a.      March 11-16, 2018—Counsel was out of the State of Texas for a pre-paid, pre-planned trip and had limited internet and/or computer access.
>
> b.      March 22-23, 2018—Prepare for, review, draft, and revise trial deposition page/lines, exhibit list, witness list, motion in limine, etc. in Cause No. B-140,095; *Rosa Molina v. Fortune Partners, Inc. d/b/a Texas Certified Motors*; In the 161st Judicial District Court of Ector County, Texas.
>
> c.      March 26-28, 2018—Prepare for, travel to, and attend six (6) depositions in Tyler, Texas in Cause No. 2016-1493-CCL2; *Hether Bargsley, et al. v. Nabors Industries, Ltd., et al.*; in the County Court at Law No. 2 of Gregg County, Texas.

2

d. March 29-30, 2018— Prepare for, review, draft, and revise objections to opposition's trial deposition page/lines, exhibit list, witness list, motion in limine, etc. in Cause No. B-140,095; *Rosa Molina v. Fortune Partners, Inc. d/b/a Texas Certified Motors*; In the 161st Judicial District Court of Ector County, Texas.

e. April 8-9, 2018— Prepare for, travel to, and attend deposition in Midland, Texas in Cause No. 17-01-21839-CVR; *Hughes v. Energen, et al.*; In the 143rd Judicial District Court, Reeves County, Texas.

6. In light of the foregoing, counsel for Appellee will be unable to complete the Brief of Appellee for filing by the current deadline. As a result, Appellee seeks a second extension of 30-days until Wednesday, May 9, 2018 to complete and file a brief. Appellee does not anticipate another extension request for the filing of Appellee's Brief.

7. Appellee asserts that its request for extension of time is reasonable under the circumstances of this case as detailed herein. Appellee seeks this requested extension in the interests of justice and judicial economy, not for purposes of delay or because of any intentional or deliberate failure by Appellee or its counsel to comply with the appellate rules.

**WHEREFORE, PREMISES CONSIDERED**, Mewbourne Oil Company, Appellee, requests an extension similar to the extensions that were granted to Appellant in this matter. Mewbourne Oil Company also requests any other relief to which it may be entitled.

3

Respectfully Submitted,

**THE MILLER LAW FIRM**

*/s/ J.J. Knauff*_____
**J.J. KNAUFF**
State Bar No. 24032517
jknauff@tmlfpc.com

3811 Turtle Creek Boulevard
Suite 1950
Dallas, Texas 75219
(469) 916-2552
(469) 916-2555 Facsimile

**ATTORNEYS FOR APPELLEE
MEWBOURNE OIL COMPANY**

## CERTIFICATE OF CONFERENCE

In accordance with Texas Rule of Appellate Procedure 10.1(a)(5), this certifies that the undersigned counsel for Appellee conferred with Jacqueline M. Stroh, counsel for Appellant, regarding the merits of this motion, and she does not oppose the request for a thirty-day extension of Appellee's briefing deadline.

*/s/ J.J. Knauff*_____
**J.J. KNAUFF**

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record on this 3rd day of April 2018, via e-filing:

THE LAW OFFICE OF
JACQUELINE M. STROH, P.C.
Jacqueline M. Stroh
State Bar No. 00791747
jackie@strohappellate.com
1020 NE Loop 410, Suite 270
San Antonio, Texas 78209
(210) 451-9312
(210) 451-9346 (telecopier)
*Lead Counsel for Appellant*

BYRNE, CARDENAS & ARIS, LLP
Joseph E. Byrne
State Bar No. 00787178
jbyrne@bcallp.net
John K. Dunlap
State Bar No. 06235300
jdunlap@bcallp.net
5468 La Sierra Drive
Dallas, Texas 75231
(972) 371-5250
(972) 371-5270 (telecopier)
*Counsel for Appellant*

*/s/ J.J. Knauff_____*
   **J.J. KNAUFF**